In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for the CROSS-BRONX EXPRESSWAY, in the Borough of The Bronx. WOODSAM ASSOCIATES, INC., et al., Respondents-

Appellants; ANTONIO ERCOLANO et al., Appellants; AUGUSTINE V. PERROTTA et al., Respondents. (Trial No. 1.) BOONE AVE. REALTY, INC., et al., Respondents-Appellants; HARRY N. MICHELSON et al., Appellants; SARMIRA HOLDING CORP., et al., Respondents. (Trial No. 2.) — Decrees unanimously modified by altering the awards in the damage parcels set forth below so as to establish them at the respective amounts thus indicated.

| Damage Parcel No. | Land | Improvements | Total |
|---|---|---|---|
| 565B 566 572 577 579 579A 579B | $395,000 | $175,000 | $570,000 |
| 524 | 21,000 | 65,000 | 86,000 |
| 525 533 | 22,145 | 80,000 | 102,145 |
| 561 578A | 31,350 | 32,500 | 63,850 |
| 696 | 12,960 | 10,000 | 22,960 |
| 788 789 | 115,000 | 20,000 | 135,000 |
| 798 | 140,000 | | 140,000 |
| 799 801 802 803 | 165,000 | | 165,000 |
| 813 | 64,440 | 270,000 | 334,440 |
| 913 | 70,000 | | 70,000 |
| 964 966 | 50,000 | | 50,000 |
| 862 | 31,000 | 134,000 | 165,000 |

and, as so modified, the decrees are unanimously affirmed, with costs to the successful parties. Settle order in accordance herewith, reversing findings of fact inconsistent herewith and making new findings. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.